Received

2022 JUN 30 PM 12:47

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

DEC 07 2022

TAMMY H. DOWNS, CLERK
By:_____
         DEP CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### Northern District

UNITED STATES OF AMERICA

VS.                                             NO. 4:17-CR-293

ADAM F MITCHELL
32540-009

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the East AR Region Unit Arkansas Department of Corrections and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of Adam F. Mitchell ADC# 159740 detained in the East AR Region Unit Arkansas Department of Corrections, Brickeys, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on October 19, 2022 at 10:30 am, before the Honorable Brian S. Miller, and after the proceedings have been concluded, that you return Adam F. Mitchell ADC# 159740 to East AR Region Unit Arkansas Department of Corrections under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 30 June 2022.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
TAMMY H. DOWNS, CLERK
By_____ D.C.

To Dallas 10-7-22
RT 12-2-22

| |
|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM ___ADC___ TO __Dallas___ ON THIS DATE __10/7/2022__ DEPUTY SIGNATURE AND DISTRICT: _____[signature] MNR_____ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM __Dallas__ TO __ADC__ ON THIS DATE __12-2-22__ DEPUTY SIGNATURE AND DISTRICT: __[signature]__ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: (NAME)_____ FROM _____ TO _____ ON THIS DATE _____ DEPUTY SIGNATURE AND DISTRICT: _____ |